JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YULIAN TURGELSKI,<br><br>      Plaintiff,<br><br>      v.<br><br>ANDRES ARAMBURU, et al.,<br><br>      Defendants. | Case No. CV 22-4469 FMO (MARx)<br><br>**JUDGMENT** |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 2nd day of December, 2022.

/s/
Fernando M. Olguin
United States District Judge